| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| BNF | 000338 | 125 | | 0000210059 | 1 |

# Earnings Statement

**ADP**

BUFFALO & ERIE COUNTY
WORKFORCE DEVELOPMENT CONSORTIUM INC
LCO BLDG AT EXCHANGE 726 EXCHANGE ST STE 630
BUFFALO, NY 14210

Period Ending: 05/18/2006
Pay Date: 05/25/2006

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State: 2

DUDLEY P. GILBERT
*167 William St.*
*Buffalo, NY 14204*

Social Security Number: XXX-XX-5751

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1346.16 | | 1,346.16 | |
| **Gross Pay** | | | **$1,346.16** | 8,076.96 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -120.37 | 750.32 |
| | Social Security Tax | -77.66 | 477.56 |
| | Medicare Tax | -18.17 | 111.69 |
| | NY State Income Tax | -46.88 | 294.10 |
| | **Other** | | |
| | Checking | -981.07 | 2,943.23 |
| | Flex | -93.61* | 374.44 |
| | Term Life | -8.40 | 33.60 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,252.55

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BUFFALO & ERIE COUNTY
WORKFORCE DEVELOPMENT CONSORTIUM INC
LCO BLDG AT EXCHANGE 726 EXCHANGE ST STE 630
BUFFALO, NY 14210

Advice number: 00000210059
Pay date: 05/25/2006

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DUDLEY P. GILBERT | 7280225705 | 2223 7105 | $981.07 |

**M&T Bank**
MANUFACTURERS AND TRADERS
TRUST COMPANY
ONE M&T PLAZA OFFICE
BUFFALO, NEW YORK 14240

**NON-NEGOTIABLE**

```
CO.   FILE   DEPT.   CLOCK   VCHR. NO.   056
BNF   000338 125              0000230059  1
```

# Earnings Statement

**ADP**

BUFFALO & ERIE COUNTY
WORKFORCE DEVELOPMENT CONSORTIUM INC
LCO BLDG AT EXCHANGE 726 EXCHANGE ST STE 630
BUFFALO, NY 14210

Period Ending:  06/01/2006
Pay Date:       06/08/2006

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State:   2

DUDLEY P. GILBERT
167 William St.
Buffalo, NY 14204

Social Security Number: XXX-XX-5751

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1346.16 | | 1,346.16 | |
| **Gross Pay** | | | **$1,346.16** | 9,423.12 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -120.37 | 870.69 |
| Social Security Tax | | -77.65 | 555.21 |
| Medicare Tax | | -18.16 | 129.85 |
| NY State Income Tax | | -46.88 | 340.98 |
| Other | | | |
| Checking | | -981.09 | 3,924.32 |
| Flex | | -93.61* | 468.05 |
| Term Life | | -8.40 | 42.00 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,252.55

---

BUFFALO & ERIE COUNTY
WORKFORCE DEVELOPMENT CONSORTIUM INC
LCO BLDG AT EXCHANGE 726 EXCHANGE ST STE 630
BUFFALO, NY 14210

Advice number: 00000230059
Pay date: 06/08/2006

**Deposited to the account of**
DUDLEY P. GILBERT

| account number | transit ABA | amount |
|---|---|---|
| 7280225705 | 2223 7105 | $981.09 |

**M&T Bank**
MANUFACTURERS AND TRADERS
TRUST COMPANY
ONE M&T PLAZA OFFICE
BUFFALO, NEW YORK 14240

THIS IS NOT A CHECK — VOID

# NON-NEGOTIABLE

```
CO.   FILE   DEPT.   CLOCK  VCHR. NO.  056
BNF   000338 125            0000250060  1
```

# Earnings Statement

**ADP**

BUFFALO & ERIE COUNTY
WORKFORCE DEVELOPMENT CONSORTIUM INC
LCO BLDG AT EXCHANGE 726 EXCHANGE ST STE 630
BUFFALO, NY 14210

Period Ending:  06/15/2006
Pay Date:       06/22/2006

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 2
    State:   2

DUDLEY P. GILBERT
167 William St.
Buffalo, NY 14204

Social Security Number: XXX-XX-5751

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular |  | 1346.16 | 1,346.16 |  |
| **Gross Pay** |  |  | **$1,346.16** | 10,769.28 |

| Deductions | Statutory | | |
|---|---|---|---|
|  | Federal Income Tax | -120.37 | 991.06 |
|  | Social Security Tax | -77.66 | 632.87 |
|  | Medicare Tax | -18.16 | 148.01 |
|  | NY State Income Tax | -46.88 | 387.86 |
|  | **Other** | | |
|  | Checking | -981.08 | 4,905.40 |
|  | Flex | -93.61* | 561.66 |
|  | Term Life | -8.40 | 50.40 |
|  | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,252.55

---

BUFFALO & ERIE COUNTY
WORKFORCE DEVELOPMENT CONSORTIUM INC
LCO BLDG AT EXCHANGE 726 EXCHANGE ST STE 630
BUFFALO, NY 14210

Advice number: 00000250060
Pay date:      06/22/2006

**Deposited to the account of**
DUDLEY P. GILBERT

| account number | transit ABA | amount |
|---|---|---|
| 7280225705 | 2223 7105 | $981.08 |

**M&T Bank**
MANUFACTURERS AND TRADERS
TRUST COMPANY
ONE M&T PLAZA OFFICE
BUFFALO, NEW YORK 14240

**NON-NEGOTIABLE**

THIS IS NOT A CHECK